IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES,<br><br>Vs.<br><br>ARYA L. HAMID | Case №: 2:24-po-00349-SCR-1<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above-named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for this case. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael Heumann  be appointed effective *nunc pro tunc* to  November 13, 2024.

DATED:  12/10/2024

_____
HON. SEAN C. RIORDAN
United States Magistrate Judge