MICHELE BECKWITH
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:24-PO-0349-SCR |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| ARYA L. HAMID, | |
| Defendant. | |

IT IS HEREBY ORDERED that the plaintiff United States of America's Motion to Dismiss Without Prejudice in the above-captioned matter is GRANTED.

It is further ordered that the court trial scheduled for February 24, 2025 is vacated.

DATED: February 21, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE